UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES E. CURRY,<br><br>        Defendant. | Case No. 00-cr- 40081-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Charles Curry's Motion to Withdraw his Guilty Plea (Doc. 33), to which the government has responded (Doc. 34).

Curry entered an open plea of guilty on February 8, 2007. When he entered his plea, Curry believed the government would recommend that he would be credited for all the time on his related state charge against the federal sentence. Curry no longer believes the government will make that recommendation. Curry states that he would not have entered his plea if he thought that all of his state and federal sentences would be consecutive.

A defendant may withdraw a guilty plea if "the defendant can show a fair and just reason for requesting the withdrawal." Fed.R.Crim.P. 11(d)(2)(B). Curry's sole basis for withdrawal of his plea is that when he entered his plea he did not believe that his state and federal sentences would be consecutive. However, the Court informed Curry as to his rights and as to the statutory penalties facing him. The Court further informed Curry that it was the Court that would ultimately decide his sentence. Curry indicated that he understood, and that no other promises had been made to him to induce him to enter a plea. Therefore, when Curry entered his guilty plea he was aware that his state and federal sentences could run concurrently. Because Curry has shown no fair or just reason for requesting withdrawal of his guilty plea, the Court **DENIES**

Curry's motion (Doc. 33).

**IT IS SO ORDERED.**
**DATED: September 5, 2007**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
